UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD DRAGON, | ) | Case No.: 1:11 CV 984 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| H2H DELIVERY SYSTEMS, *et al.*, | ) | |
| | ) | |
| Defendants | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is Receiver's Report of Preliminary Findings Regarding KLSD, Inc. and Related Entities. ("Report," ECF No. 107.)  On August 28, 2014, at 3:00 p.m., a hearing was has held to discuss the Report. Counsel for Receiver, Counsel for Plaintiff, and Counsel for Defendant Fed-Ex were present. No other counsel was present.

The court holds in abeyance Receiver's proposed sale of Defendant Damis's assets except for the vehicles specified in Report. The court authorizes sale of these vehicles, subject to a later determination by the court as to the distribution of proceeds and orders counsel for Plaintiff to draft a proposed order indicating the terms of this sale.

Parties shall complete discovery by September 30, 2014, and must file dispositive motions, if any, by October 30, 2014.

The court notes that Plaintiff's Motion for Discovery Sanctions, for Partial Summary Judgment, and to Compel (ECF No. 111) is pending. The court will rule on this Motion after Defendant has responded, or after the time has run for Defendant's Response.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

August 29, 2014